UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 19-20173

    HON. GEORGE CARAM STEEH

D-1 GANDAM JAYAKAR,

    Defendant.
_____/

## ORDER DENYING MOTION FOR DISCOVERY (Doc. 32)

Defendant Gandam Jayakar filed a motion for discovery on May 1, 2019. Although the motion stated that the government did not concur in the relief requested, the government avers that defense counsel did not attempt to seek concurrence. Pursuant to L.R. 7.1(a), a movant must seek concurrence before filing a motion. The purpose of this rule is for the parties to ascertain whether there are matters truly in dispute before seeking to avail themselves of the resources of the court. The court expects the parties to comply with the letter and spirit of L.R. 7.1.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion for discovery (Doc. 32) is DENIED.

Dated: May 2, 2019

    s/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE